**United States District Court**
**Northern District of New York**

# JUDGMENT IN A CIVIL CASE

**QUENTIN L. LAGRANDE**
                **Plaintiff**

      **VS.**                      **1:06-CV-467 (FJS/DRH)**

**DECRESENTE DISTRIBUTING CO., INC.**

                **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's motion to dismiss plaintiff's amended complaint is granted and judgment is hereby entered in favor of DeCresente Distributing Co., Inc.

All of the above pursuant to the Order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 9th day of June, 2008.

                                                                       **LAWRENCE K. BAERMAN**

**DATE**                                                    **Clerk of Court**

                                                                         **s/**

                                                                       **Joanne Bleskoski**
                                                                       **Deputy Clerk**