# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT ON ATTORNEY FEES

**QUENTIN L. LAGRANDE**

    vs.                          **CASE NUMBER: 1:06-CV-467 (FJS/DRH)**

**DECRESENTE DISTRIBUTING., INC.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's Motion to Dismiss plaintiff's amended complaint is granted and judgment is hereby entered in favor of DeCresente Distributing Co., Inc.

Further Ordered that defendant's Motion for Attorney Fees pursuant to 42 USC 2000e-5(k) is granted in the amount $5,533.50.

All of the above pursuant to the Orders of the Honorable Judge Frederick J. Scullin, Jr., dated June 9th and March 28th, 2009.

DATED: March 30, 2009

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk