**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

QUENTIN LA GRANDE,

                                    **Plaintiff,**

            v.                                          **1:06-CV-467**
                                                        **(FJS/DRH)**

DECRESCENTE DISTRIBUTING CO. INC.,

                                    **Defendant.**
_____

**APPEARANCES**                                **OF COUNSEL**

**QUENTIN LA GRANDE**
Albany, New York 12210
Plaintiff *pro se*

**BOND, SCHOENECK & KING, PLLC**              **SANJEEVE K. DESOYZA, ESQ.**
111 Washington Avenue                         **JOHN M. BAGYI, ESQ.**
Albany, New York 12210-2280
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

        Currently before the Court are Defendant's motion to dismiss Plaintiff's complaint and

Plaintiff's appeals from Magistrate Judge Homer's March 30, 2011 Text Order and his April 27,

2011 Order.  *See* Dkt. Nos. 78, 90, 98.  The Court has not yet made a determination with respect

to any of these filings.  Until such time as the Court issues decisions disposing of Defendant's

motion **and** Plaintiff's appeals, the Court hereby

        **ORDERS** that Plaintiff is **prohibited** from filing any document of any kind with the

Court as a *pro se* party unless Plaintiff, **prior to filing any such document**, seeks an Order from

the Court granting him written permission to file the document that he seeks to file **and** the Court

grants that request; and the Court further

ORDERS that Plaintiff may only obtain such Order from the Court by submission to the Court of a written application, not to exceed two pages, double-spaced, summarizing the factual and/or legal basis for the desired action. The Court will reject any submission in excess of the two-page limit and will return the same to Plaintiff without review or a disposition as to its contents; and the Court further

ORDERS that the Clerk of the Court **shall not accept for filing** any further document of any kind that Plaintiff submits *pro se*, except (1) a written application, that does not exceed two pages double-spaced, seeking an Order from the Court granting him written permission to file the document that he seeks to file, (2) papers appealing this Order, or (3) papers notifying the Court of appellate action; and the Court further

ORDERS that, if Plaintiff attempts to file a document, without the Court having previously granted him written permission to file that document, Plaintiff will be subject to sanctions; and the Court further

ORDERS that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: May 2, 2011
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge