# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Quentin La Grande**

    vs.        **LEAD CASE NUMBER: 1:06-CV-467 (FJS/DRH)**

**DeCrescente Distributing Co. Inc.**


**Quentin La Grande**

    vs.        **MEMBER CASE NUMBER: 1:06-CV-469 (FJS/DRH)**

**DeCrescente Distributing Co. Inc.**


**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's motion to dismiss plaintiff's complaint is granted and judgment in entered in favor of DeCrescente Distributing Co. Inc.  Further it is ordered that the Appeals of Magistrate Judge Homer's orders are denied.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 24th day of August, 2011.


DATED: August 25, 2011

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk